UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY JOHNSON,

    Petitioner,

v.

CRAIG KOEING, et al.,

    Respondents.

Case No. 20-07371 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 8, 2021

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\07371Johnson_judgment